IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA DIANE BLACK                                                                                           PLAINTIFF

    VS.                                              Civil No. 2:15-cv-02148

CAROLYN W. COLVIN                                                                                      DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 31st day of March 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE